## Commonwealth *v.* Edgerton, Appellant.

Submitted June 14, 1971. *Robert J. F. Brobyn,* and *Brobyn and Moran,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The Commonwealth being in agreement, the order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.